IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS ; WESTERN WATERSHEDS PROJECT, | CV 23-152-M-DLC-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| BNSF RAILWAY COMPANY; BURLINGTON NORTHERN SANTA FE LLC, | |
| Defendants. | |

Plaintiffs move for the admission of Peter M. K. Frost to practice before this Court in this case with Sarah K. McMillan to act as local counsel.  Mr. Frost's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Peter M.K. Frost pro hac vice is GRANTED on the condition that Mr. Frost shall do his own work.  This means that Mr. Frost must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Frost may move for the admission pro hac vice of

one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Frost.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Frost, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 20th day of December, 2023.

Kathleen L. DeSoto
United States Magistrate Judge