IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS; WESTERN WATERSHEDS PROJECT, <br><br> Plaintiffs, <br><br> vs. <br><br> BNSF RAILWAY COMPANY; BURLINGTON NORTHERN SANTA FE LLC, <br><br> Defendants. | CV 23-152-M-DLC-KLD <br><br> ORDER |

Defendants move for the admission of Thomas W. Stoever, Jr. to practice before this Court in this case with Kris McLean, Tyson McLean, and Jordan Pallesi to act as local counsel. Mr. Stoever's application appears to be in order. Accordingly,

IT IS ORDERED that Defendants' motion to admit Thomas W. Stoever Jr. pro hac vice is GRANTED on the condition that Mr. Stoever shall do his own work. This means that Stoever must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's

Office. Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Stoever's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Stoever.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Stoever, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 30th day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge